BECKER ET AL *v.* TOPEKA MERCANTILE Co.

[69 South. 497.]

EXECUTION. *Levy. Title to property.*

Where property was levied upon under execution in claimant's possession and the evidence showed that the property belonged to claimant and that the judgment debtor had no interest in it, a peremptory instruction should have been given to the claimant.

Appeal from the circuit court of Lincoln county. Hon. D. M. Miller, Judge.

Suit by the Topeka Mercantile Company against the Brookhaven Syrup Company, in which F. V. Becker and others appeared as claimants. From a judgment for plaintiff, claimants appeal.

Appellee obtained a judgment against the Brookhaven Syrup Company, and had execution issued thereon and levied on a quantity of syrup in a warehouse under the control of appellants, who claimed to be the owners of the syrup levied on, and who filed a claimants' affidavit of ownership. On the hearing the claimants' issue was made up, and the case went to the jury under instructions of the court, and the jury found against appellants' claim, and an appeal is taken; one of the errors assigned being that the court should have given a peremptory instruction to find for appellants.

*Green & Green,* for appellants.

*L. E. Grice* and *E. B. Patterson,* for appellee.

Smith, C. J., delivered the opinion of the court.

The peremptory instruction requested by appellants should have been given, for the reason that it is manifest from the evidence that they were the *bona fide* owners of the syrup levied on and that the judgment debtor had no interest whatever therein.

Reversed, and judgment here for appellants.

*Reversed.*